**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JAMIE SHAWN MCCALL,
ADC #610019                                                                                              PLAINTIFF

v.                                              4:14CV00238-SWW-JTK

WINTER, et al.                                                                                          DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Gullett, Brown, Bowser, and Govia are DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 18th day of June 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE