# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JAMIE SHAWN MCCALL,   PLAINTIFF
ADC #610019

v.   4:14CV00238-SWW-JTK

NURSE WINTER, et al.   DEFENDANTS

## ORDER

Plaintiff's Motion to Compel Discovery (Doc. No. 34) is DENIED without prejudice.

Defendants indicate in their Response that they have submitted responses to all Plaintiff's discovery requests (Doc. No. 35).

IT IS SO ORDERED this 11th day of August, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE