**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JAMIE SHAWN MCCALL,                                          PLAINTIFF
ADC #610019

v.                             4:14CV00238-SWW-JTK

NURSE WINTER, et al.                                        DEFENDANTS

## ORDER

Plaintiff's Motion to Compel (Doc. No. 41) is DENIED without prejudice as moot, as Defendants have provided proof of having responded to Plaintiff's discovery requests (Doc. Nos. 42).

Plaintiff is cautioned that the Court will not address future motions to compel, absent proof that he has attempted to resolve the discovery dispute with the Defendants prior to filing a motion with the Court, as required by FED.R.CIV.P. 37.

IT IS SO ORDERED this 10th day of October, 2014.

_____
   JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1