**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JAMIE SHAWN MCCALL,
ADC #610019                                                                                                    PLAINTIFF

v.                                              4:14CV00238-SWW-JTK

NURSE WINTER, et al.                                                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order, which this Court construes as a Motion for Preliminary Injunction (Doc. No. 47), is DENIED.

IT IS SO ORDERED this 8th day of January 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE