IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMIE SHAWN MCCALL,                                                                        PLAINTIFF
ADC #610019

v.                                    4:14CV00238-SWW-JTK

NURSE WINTER, et al.                                                                     DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the relevant record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1   Defendants' Motion for Summary Judgment (Doc. No. 54) is GRANTED, and Plaintiff's Complaint against Defendants is DISMISSED with prejudice.

2.   Plaintiff's Motion to Deny Defendants' Summary Judgment Motion (Doc. No. 59) is DENIED.

3.   All other pending Motions are DENIED as moot.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 29th day of May 2015.

                /s/Susan Webber Wright
                UNITED STATES DISTRICT JUDGE