**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JAMIE SHAWN MCCALL,                                                                                PLAINTIFF
ADC #610019

v.                                       4:14CV00238-SWW-JTK

NURSE WINTER, et al.                                                        DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 29th day of May 2015.

                                                          /s/Susan Webber Wright
                                                    UNITED STATES DISTRICT JUDGE